IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMANADA WEISHAUPT**,

**Plaintiff,**

v.  No. 17-0020-DRH

**LORI WEISHAUPT,**

**Defendant.**

### MEMORANDUM and ORDER

**HERNDON, District Judge:**

On January 10, 2017, plaintiff filed suit against defendant in this Court for breach of contract based on diversity jurisdiction, 28 U.S.C. § 1332 (Doc. 1). However, a review of the complaint indicates that plaintiff alleges residency instead of citizenship as to both herself and defendant. "[R]esidence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction." *Meyerson v. Harrah's E. Chicago Casino,* 299 F.3d 616, 617 (7th Cir. 2002). *See also Tylka v. Gerber Prods. Co.,* 211 F.3d 445, 448 (7th Cir. 2000) ("[A]llegations of residence are insufficient to establish diversity jurisdiction."); *Held v. Held,* 137 F.3d 998, 1000 (7th Cir. 1998) (same). Thus, the Court **DIRECTS** plaintiff to file an amended complaint on or before February 24, 2017 or

Page | 1

the Court will dismiss this matter for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Signed this 24th day of January, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.01.24
14:29:27 -06'00'

**United States District Judge**