IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMANDA WEISHAUPT,  )
  )
       Plaintiff,  )
  )
v.  )   Case No. 3:17-cv-00020-DRH-DGW
  )
LORI WEISHAUPT, an Individual,  )
  )
       Defendant.  )

## **ANSWER**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 1.

2. Admit.

3. Deny.

4. Deny.

5. Plaintiff asserts a legal conclusion in paragraph 5 and not a factual allegation. Therefore no response is required. To the extend Plaintiff asserts a factual allegation, Defendant denies the same.

6. Plaintiff asserts a legal conclusion in paragraph 6 and not a factual allegation. Therefore no response is required. To the extend Plaintiff asserts a factual allegation, Defendant denies the same.

7. Deny.

8. Deny.

9. Deny.

Respectfully submitted,

BYRON CARLSON PETRI & KALB, LLC


BY: /s/ Brian R. Kalb
      Brian R. Kalb, #6275228
      411 St. Louis Street
      Edwardsville, IL 62025
      Phone: 618-655-0600
      Fax: 618-655-4004
      Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMANDA WEISHAUPT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-00020-DRH-DGW |
| | ) | |
| LORI WEISHAUPT, an Individual, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2017, I electronically filed an Answer with the Clerk of Court using the CM/ECF system which will send notification of such filling to the following:

- Joseph R. Dulle – jdulle@stoneleyton.com

/s/Brian R. Kalb

3